United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BRIAR BUILDING HOUSTON LLC, | § | CASE NO. 18-32218 |
| | § | |
| Debtor | § | CHAPTER 11 |
| _____ | § | |
| GEORGE M LEE | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADVERSARY NO. 18-3281 |
| | § | |
| BFDI, LLC, *et al.*, | § | |
| Defendants. | § | |
| | § | |

## ORDER DENYING DEFENDANTS' MOTION FOR CONTEMPT

Before this Court is the Motion for Contempt (the "Motion") filed by Defendant Jetall Companies, Inc. and Defendant Ali Choudhri (together the "Defendants") against George M. Lee ("Plaintiff"). This Court has considered the Motion, the responses thereto, the evidence submitted, pleadings on file with the Court, and arguments of Counsel, if any. After review, the Court finds that the Motion should be and is DENIED. It is, therefore;

ORDERED that the Motion to Compel filed by Defendants is hereby DENIED in all respects.

Signed: October 20, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge